IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MADISON STREET PROPERTIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> THE MARCUS CORPORATION, <br><br> Defendant. | Case No. 3:20-cv-50471 |

**THE MARCUS CORPORATION'S MOTION FOR
ATTORNEYS' FEES AND COSTS**

Defendant The Marcus Corporation ("Marcus") hereby moves for an award of attorneys' fees pursuant to Federal Rule of Civil Procedure 54(d)(2) and 15 U.S.C. § 1117(a). In light of the dismissal with prejudice of Plaintiff Madison Street Properties, LLC's ("Madison") claims, Marcus is the prevailing party in this case. (Dkt. 74 at 6.) As discussed more fully in its supporting Memorandum, this is an exceptional case because it stands out from others with respect to the weaknesses of Madison's claims and with respect to the manner in which Madison litigated this case.

In support of its Motion, Marcus submits herewith its Memorandum of Law in Support of its Motion for Attorneys' Fees and Costs and the Declaration of Kadie M. Jelenchick. Marcus's Motion is further based upon and supported by all cited pleadings, exhibits, evidence of record in this case, and supporting documentation for the value of services and expenses covered by Marcus's fee request.

1

Dated: May 11, 2023

Respectfully submitted,

*/s/Kadie M. Jelenchick*
Kadie M. Jelenchick
Sarah E. Rieger
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
414.271.2400
414.297.4900
kjelenchick@foley.com
srieger@foley.com

***Attorneys for Defendant and Counterclaim Plaintiff The Marcus Corporation***

4884-1146-5569